Benjamin K. Carmichael #27197
Depew Gillen Rathbun & McInteer LC
8301 E. 21st Street, Suite 450
Wichita, KS  67206-2936
Telephone: (316) 262-4000
Fax: (316) 265-3819
ben@depewgillen.com

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

| | |
|---|---|
| CHARLENE D. GALLOWAY, <br><br> PLAINTIFF, <br><br> v. <br><br> DOLLAR TREE STORES, INC, <br><br> DEFENDANT. | ) <br> ) <br> ) <br> ) <br> ) CASE NO.: 20-1148-EFM-TJJ <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the plaintiff, Charlene D. Galloway, and notifies the Court that she is dismissing her case voluntarily pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

/s/Benjamin K. Carmichael
Benjamin K. Carmichael #27197
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
Tel: (316) 262-4000
Email: Ben@ depewgillen.com
*Attorneys for Plaintiff*